UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID BUCK,<br><br>    Plaintiff,<br><br>  v.<br><br>THYCOTIC SOFTWARE, LLC,<br><br>    Defendant. | CASE NO. 2:20-cv-01721-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Before the Court rules on the pending Motion for Summary Judgment (Dkt. No. 20) that was filed on August 17, 2021, the parties SHALL SUBMIT an updated Joint Status Report to apprise the Court of any relevant case updates, including the prospects for settlement. This status report shall be filed by **July 1, 2022**.

MINUTE ORDER - 1

Dated this 17th day of June 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk
